IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TOBIN NILSEN,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-308-JEC

### ORDER

    The above criminal action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [40] recommending denying defendants' Motions to Dismiss the Indictment [31, 32].  On August 22, 2011, defendant filed Objections [41] to the Report and Recommendation [40].  The Court has reviewed the Final Report and Recommendation [40] and finds the magistrate judge's conclusions to be well-founded.

    IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [40] **DENYING** defendants' Motions to Dismiss the Indictment [31, 32].

    SO ORDERED this 21st day of SEPTEMBER, 2011.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)