IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOBIN NILSEN, | |
|     Movant, | CRIMINAL CASE NO. |
| v. | 1:10-cr-308-JEC-JFK |
| | |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. |
|     Respondent. | 1:12-cv-4117-JEC-JFK |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [67] recommending denying movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 [60]. No objections to the Report and Recommendation [67] have been filed. The Court has reviewed the Final Report and Recommendation [67] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [67] **DENYING** movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 [60]. It is further Ordered that a certificate of appealability is **DENIED.** The Clerk shall close this case.[1]

---

[1] The Court notes that plaintiff paid $50.00 on July 15, 2014 as an installment of the filing fee.

SO ORDERED, this 25th day of July, 2014.


                                          /s/ Julie E. Carnes
                                          JULIE E. CARNES
                                          CHIEF UNITED STATES DISTRICT JUDGE